### 13698.   WILLIAMS *v.* THE STATE.

LUKE, J.   The evidence fully authorized the defendant's conviction.   When the charge of the court is read in its entirety there is no merit in any of the assignments of error upon isolated excerpts.   The defendant has had a legal trial, and for no reason assigned did the court err in overruling the motion for a new trial.

> *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED JULY 25, 1922.

Indictment for burglary; from Bibb superior court — Judge Mathews.   May 15, 1922.

*John R. Cooper, W. O. Cooper, Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.